UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED MAR 17 2015
WILLIAM W. BLEVINS
CLERK

ALVIN J. VICKNAIR, JR.

VERSUS

ST JOHN THE BAPTIST PARISH UTILITIES AND
PROGRESSIVE TITLE, LLC., AND
ANTHONY P. ABADIE AND
TERRI ROUSSEL ABADIE AND
SAMUEL J. ACCARDO, JR. AND
ASHLEY ANN BRADY AND
RONNIE DENNIS AND
EDWARD ROBERTSON AND
VANCE MATIS AND
CORAL MITCHELL
IN THEIR INDIVIDUAL AND OFFICIAL
CAPACITIES,

TENDERED FOR FILING
MAR 17 2015
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

CIVIL ACTION 15 - 646
SECT. J MAG. 1

ANSWER

**NOW INTO COURT,** comes EDWARD ROBERTSON, made defendant herein, and on respectfully suggesting to the Court that:

1.

DEFENDANT has Two Homes and Two Real Property and encumbrance rights that may be or may not be affected by exercise of QUASI IN REM JURISDICTION??

RESPECTFULLY SUBMITTED,

EDWARD ROBERTSON
191 WEST 15th STREET
RESERVE, LOUISIANA 70084

03 – 12 - 15

___ Fee
___ Process
X Dktd
___ CtRmDep
___ Doc. No.

EDWARD ROBERTSON
191 WEST 15TH ST.
RESERVE, LA. 70084



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA
70130